The People of the State of New York ex rel. Jesse Lewi-
sohn, Respondent, v. William J. O'Brien, as Sheriff of
New York County, et al., Appellants.

The People of the State of New York ex rel. Jesse Lewi-
sohn, Respondent, v. William E. Wyatt, as Justice of
the Court of Special Sessions of the City of New York,
Appellant.

(Submitted January 4, 1904; decided January 12, 1904.)

Motion to amend remittitur, by striking therefrom so much
as awards costs to the respondent, granted. (See 176 N. Y.
253.)